EDWIN R. BRINCKERHOFF et al., as Executors of and Trustees under the Will of MICHAEL W. WALL, Deceased, Appellants, *v.* MARIE C. FARIAS et al., Respondents, and WILLIAM F. WALL, Appellant, Impleaded with Others.

(Submitted May 5, 1902; decided May 13, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 427.)

---

WINIFRED F. JONES et al., Respondents, *v.* MARY ANN KELLY et al., Respondents, Impleaded with Others, and EVA K. COLON, Appellant.

(Submitted May 5, 1902; decided May 13, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 401.)

---

EMMA J. RICHARDSON et al., as Administrators with the Will Annexed of JOSEPH RICHARDSON, Deceased, Appellants, *v.* EMILY EMMETT, Respondent.

(Submitted May 5, 1902; decided May 13, 1902.)

Motion for restitution denied, without costs, but with leave to renew in case of unnecessary delay on the part of the defendant in prosecuting the new trial, or in the event that such trial shall result in favor of the plaintiffs. (See 170 N. Y. 412.)

---

AMELIA GORMAN, as Executrix of JOHN J. GORMAN, Deceased, Respondent, *v.* DANIEL E. FINN et al., Appellants. (Actions 1 and 2.)

(Submitted May 5, 1902; decided May 13, 1902.)

Motion to amend the remittitur so as to award the respondent separate bills of costs in each case denied, with ten dollars costs. (See 171 N. Y. 628.)